*Bernard Katzen* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Claim of JOHN GALLAGHER, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted March 3, 1954; decided April 8, 1954.

*Bernard Katzen* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ALBERT A. HALL, Respondent, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, and CEBRA Q. GRAVES et al., as Executors of BARBARA C. GRAVES, Deceased, Impleaded Defendants-Appellants.

Argued February 24, 1954; decided April 8, 1954.